IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

| In re: | ) CHAPTER 13 |
|---|---|
| Eric and Amy McCrann | ) CASE NO. 07-15671 |
| Debtor(s) | ) JUDGE: Pat E. Morgenstern-Clarren |

<u>Mr. and Mrs. McCrann's Response in Opposition to the Trustee's Objection to Plan Confirmation</u>

Mr. and Mrs. McCrann respectfully oppose the Trustee's objection to plan confirmation.

The Trustee states three bases:

First, the trustee states that he has not received a title for each vehicle and evidence of insurance for each vehicle. The trustee was supplied with title to the 1992 Mustang on August 31, 2007. The 2006 Ford Explorer is a leased vehicle which is being surrendered in this proceeding. The certificate of registration is attached. The certificate of registration identifies the vehicle, the owner, the status as a leased vehicle, and the identity of the lessors. The title to the 1999 Chevrolet S 10 Pick Up has not yet been supplied because the vehicle was a recent purchase. Proof of current insurance for all vehicles also is attached hereto.

Second, the trustee disagrees with the computation of disposable income. Mr. and Mrs. McCrann stand by their computation of disposable income and disagree with the trustee's position.

Third, the trustee disagrees with the treatment of the surrendered real estate as an unsecured claim. It is impossible at this time to know how much, if any, the mortgage lender will receive for the sale of the collateral which secures the payment on the note. The collateral has defects which make sale unlikely; Mr. and Mrs. McCrann have been abandoned the real estate as unsafe to live in. Mr. and Mrs. McCrann believe their position is correct.

WHEREFORE, Mr. and Mrs. McCrann respectfully request that the trustee's objection to plan confirmation be overruled.

Respectfully submitted,

/s/Susan M. Gray (0062356)
Susan M. Gray –Attorney at Law
Attorney for Eric and Amy McCrann
21330 Center Ridge Road, #11
Rocky River, Ohio 44116
Phone (440) 331-3949
Fax (440) 331-8160



# STATE OF OHIO - BUREAU OF MOTOR VEHICLES
## CERTIFICATE OF REGISTRATION

PLATE NO.: DSB8338      REG. DATE: 02/20/2007      EXP. DATE: 02/20/2008   ISSUE DATE: 02/20/2007          APP NO.: 4428/0AN
VALIDATION NO.: 802DSB8338              ELECTRONIC POA                                                    AGENCY:   4723
LESSEE NAME:   ERIC A MCCRANN                          VEHICLE OWNERSHIP: LEASE                           USER ID:  KJ
                                        LESSOR: CAB EAST LLC                                             OLD APP NO.: 559394AC
LESSEE ADDR:  47 EDGEWOOD DR                                                                             OLD PLATE:  DSB8338
CITY:         GRAFTON                   LESSOR ADDR:         260 INTERSTATE N CIR NW
STATE         OH       ZIP:  44044-1521  ADD. CITY:    ATLANTA
TAX DISTRICT: CARLISLE TOWNSHIP          ADD. STATE:   GA    ADD. ZIP:  30339
COUNTY:       LORAIN
INSIDE CORP LIMIT:  NO                   VEHICLE CLASS:        PASSENGER
VEHICLE YEAR:       2006                 ODOMETER READING:     49
BODY TYPE:          SW                   MAKE:   FORD                             STATE FEES:

CERTIFICATE TITLE NO.: 4701739776        PLATE TYPE: SUNBURST
VEH. SERIAL NO.:  1FMEU74E26UA76289      REG TYPE:   RENEWAL                      LOCAL TAX:      $
PURCHASE DATE:    02/21/2006                                                      REFL./CO. FEE:  $
NEW                                      SUSPENSION/REVOCATION: NO                DEPUTY FEE:     $
                                         PRIOR OPERATION: YES
                                         FEES PAID:  YES                          TOTAL FEES:

In Ohio, it is illegal to drive any motor vehicle without insurance or other financial responsibility (FR) coverage.
It is also illegal for any motor vehicle owner to allow anyone else to drive the owner's vehicle without FR coverage.
- PROOF OF COVERAGE IS REQUIRED: Whenever a police officer issues a traffic ticket*At all vehicle inspection stops*Upon traffic court appearances*Upon random checks by the Registrar of Motor Vehicles.
- ANY DRIVER OR OWNER WHO FAILS TO SHOW PROOF OF INSURANCE OR OTHER COVERAGE WILL: Lose his or her driver license for 90 days on first offense, one year on second offense* Lose his or her license plates and vehicle registration*Pay reinstatement fees of $75.00 on first offense, $250.00 for second offense and $500.00 on any additional offense*Pay a $50.00 penalty for any failure to surrender his or her driver license, license plates or registration AND*Be required to

---

                                                                                                         RQ 86538
                              COLOR: BEIGE
07/12/2007   07/12/2007   08/10/2007   N000275                       $19.50        M731616
ERIC M MCCRANN

                                                                                   1GCCT19WXX8186059
                                                                                   1999    CHEVROE   2.0C
13417 WHITEHEAD RD                                                                 TRI COUNTY CARS INC.
LAGRANGE              OH    44095                                                  5033 DETROIT ROAD
                                                                                   SHEFFIELD       OH

                                                                                   07/12/2007

**ANPAC®**

1949 E. SUNSHINE
SPRINGFIELD, MISSOURI 65899-0001 (417) 887-0220

AMERICAN NATIONAL PROPERTY AND CASUALTY CO
POLICY NUMBER    THIS AMENDED DECLARATION
34-A-L53-957-2   REPLACES ALL PRIOR DECLARATIONS, IF ANY, AND WITH POLICY PROVISIONS
POLICY TERM      AND ANY ENDORSEMENTS ISSUED TO FORM A PART THEREOF COMPLETES THIS
06-03-07 TO 12-03-07   FAMILY AUTOMOBILE POLICY.          CA$HBACK
AND SUBSEQUENT RENEWALS
                 CHANGE EFFECTIVE 07-13-07.
DISCOUNT(S): PASV RESTRNT, MULTI-CAR, P.A.C., TICKET-FREE, COMP-CLAIM FREE

NAMED INSURED AND P.O. ADDRESS
MCCRANN, ERIC M                         CHNGS: VEH, COV, LIEN
47 EDGEWOOD DR
GRAFTON  OH  44044-1521
                                               AGENT
PREMIUM TO BE PAID BY  EASY PAY PLAN: 0369414 AGENT    FOR CUSTOMER SERVICE, CALL:    440-327-2533
                                        DEREK BRINER                              D8343-P 1-460

| NUM | RATED DR | DESCRIPTION | ID NUMBER | SYM | BANDS | TERR | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 1992 FOR MUSTANG CT CV | 1FACP45E9NF145620 | 27 | L3-P3 | 04 | 5VG02M |
| 2 | 1 | 2006 FOR EXPLORER | 1FMEU74E26UA76289 | 08 | L1-P2 | 04 | 5YG05D |
| 3 | 0 | 1999 CHE S10 EXT CAB 4 | 1GCCT19WXX8186059 | 13 | L3-P4 | 04 | 5WP02D |

|  | 1/AUTO | 2/AUTO | 3/PICKUP |
|---|---|---|---|
| A. BODILY INJURY LIABILITY - - - -PREMIUM | $116.00 | $151.00 | $116.00 |
| LIMIT PER PERSON | 100,000 | 100,000 | 100,000 |
| LIMIT PER OCCURRENCE | 300,000 | 300,000 | 300,000 |
| B. PROPERTY DAMAGE LIABILITY - - -PREMIUM | $70.00 | $90.00 | $70.00 |
| LIMIT PER OCCURRENCE | 100,000 | 100,000 | 100,000 |
| UNINSURED MOTORISTS COVERAGE- - -PREMIUM | $43.00 | $43.00 | $56.00 |
| LIMIT PER PERSON | 100,000 | 100,000 | 100,000 |
| LIMIT PER ACCIDENT | 300,000 | 300,000 | 300,000 |
| D. COMPREHENSIVE - - - - - - -PREMIUM | $28.00 | $16.00 | $19.00 |
| DEDUCTIBLE PER OCCURRENCE | 500 | 500 | 500 |
| ADDED COVERAGE ENDORSEMENT | NO | NO | NO |
| E. COLLISION - - - - - - - -PREMIUM | $105.00 | $139.00 | $84.00 |
| DEDUCTIBLE PER OCCURRENCE | 500 | 500 | 500 |
| ADDED COVERAGE ENDORSEMENT | NO | NO | NO |
| K. REIM OF AUTO RENTAL EXPENSE- - PREMIUM | INCLUDED | INCLUDED | INCLUDED |
| LIMIT PER DAY | $25 | $25 | $25 |
| C. MEDICAL PAYMENTS- - - - - -PREMIUM | $13.00 | $20.00 | $16.00 |
| LIMIT PER PERSON | 5,000 | 5,000 | 5,000 |
| I. TOWING & LABOR/WINDSHIELD - -PREMIUM | $9.00 | $9.00 | $9.00 |
| LIMIT | 100 | 100 | 100 |
| TOTAL | $384.00 | $468.00 | $370.00 |

1 M MCCRANN ERIC M    PRIN    2 F MCCRANN AMY    PRIN

VEH 2   FORD MOTOR CREDIT                VEH 1   CITI FINANCIAL
        PO BOX 5245                              1091 E BROAD ST
        SPRINGFIELD  OH  45501                   ELYRIA  OH  44035

VEH 3   ADDL INS/LIENHOLDER
        CREDIT ACCEPTANCE
        25505 W 12 MILE RD
        SOUTHFIELD  MI  48034

SA281   POL   05-05          SA321   2   08-88          SA4050H 1,2,3 10-02

$1,222.00                         $1,222.00                    C. Derek Briner
                                                               AUTHORIZED REPRESENTATIVE
DATE PRINTED  07-13-07   69F-13-47   INSURED

## SERVICE

The undersigned certifies that a copy of the foregoing *Response in Opposition to the Trustee's Objection to Plan Confirmation* was served pursuant to the Court's electronic service system:

Office of the U.S. Trustee
(served electronically)

Craig Shopneck, Chapter 13 Trustee
(served electronically)

In addition, all other parties set
on the Clerk of Court's electronic
service list were served by the Clerk
electronically.

/s/Susan M. Gray
Attorney for Eric and Amy McCrann

07-15671-pmc    Doc 28    FILED 09/24/07    ENTERED 09/24/07 18:10:14    Page 5 of 5