Official Form 23 (10/06)

# United States Bankruptcy Court
## Northern District of Ohio

In re: Eric M. McCrann, Amy N. McCrann, Debtor(s)

Case No. 07-15671
Chapter 13

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, Eric M. McCrann, the debtor in the above-styled case hereby certify that on August 28, 2007, I completed an instructional course in personal financial management provided by Institute for Financial Literacy Inc., an approved personal financial management provider.

Certificate No.: 00252-OHN-DE-002428029.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
  ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: /s/ Eric M. McCrann
Eric M. McCrann

Date: October 8, 2007

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Certificate Number: 00252-OHN-DE-002428029

Bankruptcy Case Number: 07-15671

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 28, 2007, at 7:47 o'clock PM EDT,

Eric M McCrann completed a course on personal financial

management given by internet and telephone by

Institute for Financial Literacy, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Ohio.

Date: August 28, 2007     By    /s/Dallas P. Dickinson

                                      Name  Dallas P. Dickinson

                                      Title  Credit Counselor

# United States Bankruptcy Court
## Northern District of Ohio

In re  Eric M. McCrann
      Amy N. McCrann
                                           Debtor(s)

Case No.  07-15671
Chapter   13

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Amy N. McCrann__, the debtor in the above-styled case hereby certify that on __August 28, 2007__, I completed an instructional course in personal financial management provided by __Institute for Financial Literacy Inc.__, an approved personal financial management provider.

   Certificate No.: __00252-OHN-DE-002496364__.

☐ I, ____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
   ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
   ☐ Active military duty in a military combat zone; or
   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  /s/ Amy N. McCrann
                      Amy N. McCrann

Date:  October 8, 2007

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00252-OHN-DE-002496364

Bankruptcy Case Number: 07-15671

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 28, 2007, at 3:45 o'clock PM EDT,

Amy N McCrann completed a course on personal financial management given by internet and telephone by

Institute for Financial Literacy, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: September 11, 2007  By  /s/Matthew Chick

Name  Matthew Chick

Title  Credit Counselor